1 | Ahren A. Tiller Esq. [SBN: 250608]
2 | BLC Law Center, APC
3 | 1230 Columbia St., Ste 1100
  | San Diego, CA 92101
  | Phone (619) 894-8831
4 | Facsimile: (866) 444-7026

5 | Attorneys for Plaintiff
  | TIMOTHY DAWSON

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DAWSON,<br><br>Plaintiff,<br><br>vs.<br><br>CITIBANK, N.A.,<br><br>Defendant, | Case No.: 2:19-cv-04259-DSF-JEM<br><br>NOTICE OF SETTLEMENT<br><br><br><br>Judge: Hon. Dale S. Fischer<br>Magistrate: Hon. John E. McDermott |

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN, AND TO THEIR RESPECTIVE COUNSEL OF RECORD: PLEASE TAKE NOTICE that TIMOTHY DAWSON ("Plaintiff") and CITIBANK, N.A., ("Defendant") have agreed to terms to settle all claims herein, subject to the full execution of a confidential agreement.

Plaintiff and Defendant intend to file a joint motion for dismissal with prejudice as to all Defendants within thirty (30) days or less.  In light of the settlement, Plaintiff requests the Court take off calendar all future hearings and deadlines in this case.

Dated: July 23, 2019                             by: /s/ Ahren A. Tiller
                                                 Ahren A. Tiller
                                                 BLC Law Center, APC
                                                 Attorney(s) for Plaintiff